UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALENTINO FACEY, *pro se*, <br><br> Plaintiff <br><br> v. <br><br> ANTHONY MENDONSA and <br> SGT. R. RAYMOND <br><br> Defendants. | Civil Action <br> No.1:11-10680-MLW |

### DEFENDANTS' ASSENTED-TO MOTION TO MODIFY THE COURT'S AUGUST 19, 2013 ORDER

Defendants Anthony Mendonsa and Sgt. R. Raymond, through counsel, hereby request that so much of the Court's August 19, 2013 Order, (Wolf, J.), which requires that the depositions of the two defendants be taken and completed by September 30, 2013 be modified to permit that the depositions of Messrs. Mendonsa and Raymond be taken and completed by October 15, 2013. See August 19, 2013 Order, (Wolf, J.), attached. Counsel for the plaintiff have assented to this motion.

Good cause exists for such a modification. First, defendant Anthony Mendonsa, a former Department of Correction employee, is out of the Commonwealth of Massachusetts for the entire month of September; he will be returning to Massachusetts on October 7, 2013.

Second, whereas plaintiff's newly-appointed counsel, Victoria Thavaseelan, Matthew Knowles and Anthony Bongiorno of McDermott Will and Emery LLP have not had the opportunity to engage in any discovery, given that they were appointed August 16, 2013 by the

*[Handwritten annotation in right margin:] held on November 20, 2013, at 4:00 p.m. Sept. 6, 2013*

*[Handwritten annotation at bottom:] ALLOWED. The depositions shall be completed by October 15, 2013. The report required by paragraph 3 of the August 19, 2013 Order shall be filed by November 8, 2013. The conference required by paragraph 4 of that Order shall be*

Khatoon. The deposition shall be resumed
by October 18, 2013. The report requested in
paragraph 3 of the August 19, 2013 Memorandum
and Order, due August 28, 2013, is not necessary
in view of paragraph 14 of this Order. Should the