UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            )
VALENTINO FACEY,                            )
                                            )   Civil Action
    Plaintiff                              )   No.1:11-10680-MLW
  v.                                        )
                                            )
ANTHONY MENDONSA  and                       )
RONALD RAYMOND                              )
                                            )
    Defendants.                            )
_____)

### DEFENDANTS' MOTION TO STRIKE PARAGRAPH #13 OF PLAINTIFF'S COUNSEL'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants move that plaintiff's counsel's affidavit in support of plaintiff's opposition to defendants' motion for summary judgment be struck.

Defendants respectfully refer the Court to their memorandum of law in support of this motion to strike.

                            Respectfully submitted,

                            NANCY ANKERS WHITE

                            Special Assistant Attorney General

Dated:  February 28, 2014      */s/ Joan T. Kennedy*_____
                            Joan T. Kennedy, BBO #554935
                            Legal Counsel
                            Massachusetts Department of Correction
                            70 Franklin Street, Suite #600
                            Boston, MA 02114-1300
                            (617) 727-3300, ext. 160

CERTIFICATE OF SERVICE

      I hereby certify that this document(s), filed through the EFC system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 28, 2014.

    Date:   February 28, 2014     <u>/s/ Joan T. Kennedy</u>
                                            Joan T. Kennedy

CERTIFICATION REGARDING LOCAL RULE 7.1

      By <u>Order</u> dated November 21, 2013, the Court (Wolf, J.) instructed defendants to file their reply to plaintiff's opposition to defendants' motion for summary judgment by February 28, 2014, obviating any need to confer.

    Date:  February 28, 2014     <u>*/s/ Joan T. Kennedy*</u>
                                            Joan T. Kennedy